THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEOPHILUS WARD, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Application for assignment of counsel. Application denied.

EDWARD C. DIAMOND, Respondent, v. STAR AND STRAND TAXI, INC., et al., Appellants. (And Two Other Actions.)— Decision of this court, handed down June 1, 1961 (ante, p. 456), dismissing appeals vacated and set aside and appeals reinstated, upon condition the appellants serve and file record, brief and note of issue and be ready for argument at the term to commence September 6, 1961.

(A) In the Matter of the Claim of MARJORIE DRACH, Respondent. BUFFALO CHINA, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) In the Matter of the Claim of ROSE M. BORKOWSKI, Respondent. BUFFALO CHINA, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— [In each proceeding.] Application for the appointment of an attorney and counselor at law to represent the claimant-respondent on this appeal pursuant to section 538 of the Labor Law. Motion granted and Michael Beilewech, Jr., 621 Erie County Bank Building, Buffalo, 2, New York is hereby appointed as attorney for such claimant-respondent.

In the Matter of the Claim of MARION T. RETTIG, Respondent. LORD & TAYLOR, Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application for the appointment of an attorney and counselor at law to represent the claimant-respondent on this appeal pursuant to section 538 of the Labor Law. Motion granted and M. Wade Kimsey, Esq., 1 Wall Street, New York 5, New York is hereby appointed as attorney for such claimant-respondent.

PAMELA B. GAUDREAU, as Administratrix of the Estate of LIONEL R. GAUDREAU, Deceased, Appellent, v. JOSEPH N. FIELDS, Respondent.— Motion to dismiss appeal denied, without costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES E. BUCK, Appellant.—

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur; Reynolds, J., not voting.

# FIRST DEPARTMENT, MARCH, 1961

## (March 7, 1961)*

In the Matter of ARTHUR BENNETT, an Attorney.—

Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

In the Matter of ARTHUR BENNETT, an Attorney.—

Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

* Not published with other decisions of March 7, 1961, 13 A D 2d 454.